Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

**No. 67387.**—Universal Builders Supply Co., Inc. *v.* United States, protest 59/9468(A) (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.,* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

**No. 67388.**—C. Tennant, Sons & Co. of N.Y. *v.* United States, protest 61/167 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of tungsten metal scrap within the purview of Public Law 869, the claim of the plaintiff was sustained.

**No. 67389.**—American Express Company *v.* United States, protest 59/25764–10641 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of one central bronze double door, two bronze single doors, and four bronze panels, and marble with inlay work including mosaic panels representing the "Last Supper" and the "Twelve Apostles" similar in all material respects to those the subject of *United States* v. *Greek Orthodox Church of Evangelismos* (45 CCPA 35, C.A.D. 792), the claim of the plaintiff was sustained.